IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE K. STOCKWELL,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 3:17-cv-01101-MA

ORDER FOR EAJA FEES

MARSH, Judge

On May 8, 2018, Plaintiff filed an Unopposed Application for Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in which the parties stipulate that Plaintiff should be awarded fees in the amount of $6,011.93. ECF No. 17.

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,011.93 shall be awarded to Plaintiff pursuant to EAJA. There are no costs or expenses. The parties agree that attorney fees will be paid to Plaintiff's attorney subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans, and mailed to: 610 SW Broadway, Suite 405, Portland, Oregon 97205. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _10_ day of MAY, 2018.

Malcolm F. Marsh
United States District Judge